UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 18-CR-231** |
| v. | |
| **ALER BALDOMERO SAMAYOA-RECINOS,** also known as "Chicharra," | |
| **Defendant.** | |

**JOINT MOTION TO CONTINUE STATUS HEARING AND EXCLUDE TIME**

The United States and Defendant Aler Baldomero Samayoa-Recinos (hereinafter "the Defendant"), by and through the undersigned counsel, hereby request that the Court continue the initial status hearing, currently scheduled for May 21, 2025, to the morning of June 2, 2025. The parties further respectfully request that the Court issue an Order excluding time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). A proposed Order is attached.

1. On August 1, 2018, a grand jury sitting in the District of Columbia returned an Indictment (the "Indictment") against the Defendant, charging him with conspiring to distribute five or more kilograms of cocaine, intending, knowing, and having reasonable cause to believe that the cocaine would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 959(a), 960, and 963.

2. The Defendant was arrested in Mexico in March 2025, and extradited to the United States from Guatemala on May 9, 2025. On May 12, 2025, the Defendant made his initial appearance. The Court scheduled the arraignment for May 16, 2025, and set an initial status hearing for May 21, 2025.

3. The parties request that the Court continue the May 21, 2025, initial status hearing

to the morning of June 2, 2025.

4. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the parties believe that the ends of justice served by the tolling of the Speedy Trial clock until the next scheduled hearing in this matter outweigh the interest of the public and the Defendant in a speedy trial. Such time is necessary to allow the parties to continue to discuss the overall posture of this case and further pursue a possible resolution of this matter short of trial. A failure to grant such a continuance may result in a miscarriage of justice and would deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

Respectfully submitted Thursday, May 15, 2025.

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

*/s/ Rebecca Castaneda*
Rebecca Castaneda
Counsel for Aler Baldomero Samayoa-Recinos
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, FL 33609-1703

*/s/  Josh Katcher*
Josh Katcher
Douglas Meisel
Ligia Markman
Trial Attorneys
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this motion has been served by electronic mail on counsel for the Defendant on Thursday, May 15, 2025.

                                  By:   /s/   Josh Katcher
                                             Josh Katcher
                                             Trial Attorney
                                             Narcotic and Dangerous Drug Section
                                             Criminal Division
                                             U.S. Department of Justice